## IN THE UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF OHIO

| | |
|---|---|
| **NICOLE FORNI** | ) |
| | ) |
| **Plaintiff** | ) CASE NO. 1:14-cv-01070 |
| | ) |
| | ) JUDGE DONALD NUGENT |
| vs. | ) |
| | ) **DISMISSAL ENTRY** |
| **JOSHUA RESNICK, et al.** | ) |
| | ) |
| Defendants. | ) |

Now comes Plaintiff, pursuant to Fed.Civ.R. 41(a), and hereby respectfully volutarily dismisses defendant **Barnes & Noble, Inc.** ("Defendant") with prejudice.

**ALL OTHER CLAIMS AGAINST ALL OTHER REMAINING DEFENDANTS REMAIN IN FULL FORCE AND EFFECT.**

Respectfully submitted;

LIPSON O'SHEA LEGAL GROUP

*/Michael J. O'Shea*
Michael J. O'Shea, Esq.(0039330)
michael@lipsonoshea.com
Beachcliff Market Square
19300 Detroit Road - Suite 202
Rocky River, Ohio 44116
(440) 356-2700
(440) 331-5401 - fax
**Attorney for Plaintiff**

## **PROOF OF SERVICE**

    I hereby certify that a true copy of the foregoing has been filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic system.

.

                                   ***S/Michael J. O'Shea***
                                   Michael J. O'Shea