**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| NICOLE FORNI, | CASE NO. 1:14-cv-01070 |
| Plaintiff, | JUDGE DONALD NUGENT |
| vs. | |
| JOSHUA RESNICK, et al. | **MOTION TO CONTINUE** |
| Defendants. | **CASE MANAGEMENT CONFERENCE** |

Now comes Plaintiff Nicole Forni ("Plaintiff"), and hereby respectfully moves this Court to continue the Case Management Conference (the "CMC") currently set for August 20, 2014 at 10:30 a.m., for the following reasons.

First, some of the captioned defendants have yet to officially be served and/or enter an appearance in this matter.  In fact, one of the primary defendants (Joshua Resnick) has yet to technically be served in this matter.  Regular mail service has not yet come back (sent out on July 9, 2014 because certified mail service came back "unexecuted" on June 14, 2014).[1]

Further, the undersigned is in the active process of

---

[1] Se docket as of August 13, 2014 attached hereto as <u>Exhibit A</u>.

continuing to resolve this case with a number of the captioned defendants. Plaintiff has already dismissed three of the captioned defendants pursuant to that active resolution process, and is in the process of resolving three other defendants in the same manner.

Further still, currently pending in front of this Court are two motions to dismiss. One motion is fully briefed, and the other has not yet been fully briefed.

It is the good faith belief that a CMC at this time would not be a productive use of this Court's time - as well as the time of the represeted parties. The undersigned suggests that this Court set another CMC sometime later in September. By that time, there will be good service on defendant Resnick, a number of other defendants will have resolved their claims with the Plaintiff, and this Court may have ruled on the two pending motions to dismiss.

Accordingly, the Plaintiff so moves this Court to continue the CMC to a date and time in the later part of September, 2014.

Respectfully submitted;

LIPSON O'SHEA LEGAL GROUP

*/Michael J. O'Shea*
Michael J. O'Shea, Esq.(0039330)
michael@lipsonoshea.com
Beachcliff Market Square
19300 Detroit Road - Suite 202
Rocky River, Ohio 44116
(440) 356-2700
(440) 331-5401 - fax
**Attorney for Plaintiff**

**PROOF OF SERVICE**

I hereby certify that a true copy of the foregoing has been filed electronically this 13th Day of August, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. All other parties will be served by regular U.S. Mail at the addresses set forth in the caption if the complaint. Parties may access this filing through the Court's electronic system.

*S/Michael J. O'Shea*
Michael J. O'Shea