**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE FORNI, | ) | CASE NO.  1:14-cv-01070 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| v. | ) | **DEFENDANT SHUTTERSTOCK, INC.'S** |
| | ) | **NOTICE OF NON-OPPOSITION** |
| JOSHUA RESNICK, *et al.,* | ) | **TO PLAINTIFF'S SECOND MOTION** |
| | ) | **TO CONTINUE THE CASE** |
| Defendants. | ) | **MANAGEMENT CONFERENCE** |

Defendant Shutterstock, Inc., which has a fully briefed Motion to Dismiss (ECF # 52) pending, does not oppose Plaintiff's Second Motion to Continue the Case Management Conference (ECF # 82).

                                                                                                      Respectfully submitted,

                                                                                                      */s/ David A. Kunselman*
                                                                                                       STEVEN J. MILLER (0014293)
                                                                                                        DAVID A. KUNSELMAN (0073980)
                                                                                                        Miller Goler Faeges Lapine llp
                                                                                                        1301 East 9th Street, Suite 2700
                                                                                                        Cleveland, OH 44114-1835
                                                                                                        Phone: (216) 696-3366 · Fax: (216) 363-5835
                                                                                                        Miller@MGFL-Law.com
                                                                                                        Kunselman@MGFL-Law.com

                                                                                  *Counsel for Defendant*
                                                                                  *Shutterstock, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           */s/ David A. Kunselman*
                                           DAVID A. KUNSELMAN (0073980)